1130

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GENNARO A. D'AMBROSIO, Respondent.—

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

JOSEPH RUSSO, Respondent, v. PACIFIC OF NEW YORK GROUP et al., Respondents. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

HERBERT WEISER et al., Respondents, v. ROYAL CREST RESTAURANTS, INC., et al., Appellants.—

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.